United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN F. THRASH AND REBECCA C. CASON, § § § Plaintiffs, § § v. § § CENLAR FEDERAL SAVINGS BANK § AND ZIONS BANCORPORATION, N.A. § SUCCESSOR BY MERGER & NAME § CHANGE TO AMEGY MORTGAGE, § § § Defendants. § | Civil Action No. H-24-4884 |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order separately signed this day, it is

ORDERED and ADJUDGED that that Defendants Cenlar Federal Savings Bank and Zions Bancorporation, N.A.'s Motion to Dismiss (Document No. 4) is GRANTED, and Plaintiffs John F. Thrash and Rebecca C. Cason's claims are DISMISSED on the merits WITH PREJUDICE.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 28TH day of February, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE